UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW KATE; et al.,<br><br>　　　　Defendants.　　　　　／ | No. C 11-4717 SI (pr)<br><br>**ORDER OF TRANSFER** |

Andre Jamal Robinson filed this civil rights action under 42 U.S.C. § 1983, complaining of events or omissions that occurred at the High Desert State Prison in Susanville, California. Susanville is in Lassen County, which is within the venue of the Eastern District of California. Defendants appear to be employed at that prison and apparently reside in the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

Dated: September 27, 2011

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge