IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE JAMAL ROBINSON,

    Plaintiff,                          No. 2:11-cv-2555 GGH P

    vs.

MATTHEW CATES, et al.

    Defendants.                  ORDER and
                                         FINDINGS & RECOMMENDATIONS

        By order filed August 8, 2012, plaintiff was ordered to show cause, within twenty-one (21) days, why his action should not be dismissed as moot. See Doc. No. 20 (transfer to a different prison mooted the case). Plaintiff was specifically advised that, if he failed to respond to this order, the court would recommend that the action be dismissed with prejudice. Id. at 2:20-21. The twenty-one day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

        In accordance with the above, IT IS HEREBY ORDERED that the Clerk assign a district judge to this case; and

        IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

\\\\\

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).
8 DATED: September 26, 2012

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

ggh:rb
robi2555.fsc