IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE JAMAL ROBINSON,

      Plaintiff,                      No. 2:11-cv-2555 MCE AC P

    vs.

MATTHEW CATE, et al.

      Defendants.             <u>ORDER</u>

                              /

        Plaintiff is a prisoner proceeding pro se in this civil action brought pursuant to 42 U.S.C. § 1983. Defendants waived service of the complaint, and filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). <u>See</u> Waivers of Service Returned Executed, Feb. 15, 2012 and March 7, 2012, ECF Nos. 15, 16, 17; Motion to Dismiss, Mar. 20, 2012, ECF No. 18.

        On February 26, 2013, the court granted defendants' motion to dismiss, dismissing the complaint as moot against defendant McDonald, and dismissing the complaint with leave to amend against defendants Cate and Guirbino. <u>See</u> Order, Feb. 26, 2012, ECF No. 35. On March 27, 2013, plaintiff filed an amended complaint against defendants Cate and Guirbino; however, to date, defendants Cate and Guirbino have not responded to the amended

1

complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Matthew Cate and George Guirbino show cause, within twenty-one days from the date of this order, why default should not be entered;

2. The Clerk of the Court shall forward a copy of this order to defendants Matthew Cate and George Giurbino, c/o David Brice, Esq., Office of the Attorney General, P.O. Box 944255, Sacramento, CA 94244-2550; and

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

DATED: May 7, 2013.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb
robi2555.77A

2