1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   ANDRE JAMAL ROBINSON,

13           Plaintiff,                    No. 2:11-cv-2555 MCE AC P

14       vs.

15   MATTHEW CATE, et al.

16           Defendants.                   <u>ORDER</u>

17   _____/

18           Plaintiff is a prisoner proceeding pro se in this civil action brought pursuant to 42

19   U.S.C. § 1983.  Defendants waived service of the complaint, and filed a motion to dismiss

20   pursuant to Federal Rule of Civil Procedure 12(b)(6).  <u>See</u> Waivers of Service Returned

21   Executed, Feb. 15, 2012 and March 7, 2012, ECF Nos. 15, 16, 17; Motion to Dismiss, Mar. 20,

22   2012, ECF No. 18.

23           On February 26, 2013, the court granted defendants' motion to dismiss,

24   dismissing the complaint as moot against defendant McDonald, and dismissing the complaint

25   with leave to amend against defendants Cate and Guirbino.  <u>See</u> Order, Feb. 26, 2012, ECF No.

26   35.  On March 27, 2013, plaintiff filed an amended complaint against defendants Cate and

1

1  Guirbino; however, to date, defendants Cate and Guirbino have not responded to the amended

2  complaint.

3          By order filed May 8, 2013, the court directed defendants to show cause why

4  default should not be entered against them for failure to respond to the amended complaint.  See

5  Fed. R. Civ. Proc. 12(a)(4).  Defendants have now responded, and advise the court that they have

6  not responded to the amended complaint because the court has not screened it, as the defendants

7  argue the Court is required to do under 28 U.S.C. § 1915A(b).

8          In light of defendants' response, the undersigned will not recommend that default

9  be entered against defendants; however, the undersigned will direct that defendants' response to

10  the amended complaint shall be due within 21 days of the filing date of this order.  Defendants

11  have waived service, and are represented by counsel.  If defendants believe that the amended

12  complaint fails to state a claim, or is subject to dismissal for any other reason, the court will

13  entertain a noticed motion for dismissal, or for whatever other relief defendants believe

14  appropriate.

15          Accordingly, IT IS HEREBY ORDERED that

16          1.  The court's May 8, 2013 order to show cause is discharged; and

17          2.  Defendants shall file their response to the amended complaint within 21 days

18  of the filing date of this order.  Defendants' failure to file a response shall result in a

19  recommendation that the court enter default against the defendants.

20  DATED: May 21, 2013

21

22                                          ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE
23

24

25  AC:rb
    robi2555.osc(2)

26

2