UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON, | No. 2:11-cv-2555 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW KATE, et al., | |
| Defendants. | |

On June 11, 2013, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).  Plaintiff has not opposed the motion.  Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion…."  On January 5, 2012, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.  ECF No. 13.  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the pending motion to dismiss.  Failure to file an

////

////

////

////

opposition or a statement of non-opposition will be deemed as consent to have the pending motion granted.

DATED: August 19, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//robi2555.nooppmtd