1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**ANDRE JAMAL ROBINSON,**                    Case No. 2:11-cv-02555-MCE-AC (PC)

12                                      Plaintiff,

13

        **v.**                                        **ORDER**

14

15   **MATTHEW CATE, et al.,**

16                                      Defendants.

17

18          Plaintiff has moved to withdraw his original Motion for Appointment of Counsel and class

19   Certification (ECF No. 51).  Defendants did not oppose the motion.  The court notes that plaintiff

20   has now filed a new Motion for Class Certification and the Appointment of Counsel (ECF

21   No. 55), which is now pending.

22          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 54) to withdraw

23   ECF No. 51 is GRANTED, and therefore ECF No. 51 is hereby WITHDRAWN.

24   DATED: October 3, 2014

25

                                    ALLISON CLAIRE
26                                  UNITED STATES MAGISTRATE JUDGE

27

28

                                          1