1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DEBRA A. FITZSIMMONS, State Bar No. 144590
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 323-2606
6    Fax:  (916) 324-5205
     E-mail:  Debra.Fitzsimmons@doj.ca.gov
7  *Attorneys for Defendant G. Giurbino*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

| | |
|---|---|
| 12 **ANDRE JAMAL ROBINSON,** | 2:11-cv-02555-MCE-AC (PC) |
| 13                              Plaintiff, | **[PROPOSED] ORDER** |
| 14       **v.** | Judge:        The Honorable Allison Claire |
| 15 | Trial Date:   TBD |
| 16 **MATTHEW CATE, ET AL.,** | Action Filed:  September 21, 2011 |
| 17                              Defendants. | |

18

19        The Court has considered the motion by Defendant for a second modification of the

20  Scheduling Order to further extend the dispositive motion deadline.  Good cause appearing for

21  this request, Defendant shall have until January 9, 2015 to file a dispositive motion.

22        **IT IS SO ORDERED.**

23  Dated:  October 24, 2014

24                                          _____
                                            ALLISON CLAIRE
25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

                                    1