UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON,<br><br>         Plaintiff,<br><br>    v.<br><br>MATTHEW CATES, et al.,<br><br>         Defendants. | No.  2:11-cv-2555 MCE AC P<br><br><br><br>ORDER |

On December 30, 2014, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 23, 2014, denying plaintiff's request for counsel.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the Court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

///
///
///
///
///
///
///

1

1  Therefore, IT IS HEREBY ORDERED that the motion for reconsideration (ECF No. 65) is
2  DENIED.
3      IT IS SO ORDERED.
4  Dated:  January 15, 2015

```
_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
```