IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON,<br><br>       Plaintiff,<br><br>   v.<br><br>MATTHEW CATE, ET AL.,<br><br>       Defendants. | Case No. 2:11-cv-02555 MCE AC P<br><br><br>[~~PROPOSED~~] <u>ORDER</u> |

   The Court has considered the motion by Defendant for a further modification of the Scheduling Order to further extend the dispositive motion deadline.  Good cause appearing for this request, Defendant shall have until February 13, 2015 to file a dispositive motion.

   IT IS SO ORDERED.

DATED: January 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE