UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>  Defendants. | No.  Case No. 2:11-cv-02555 MCE AC P<br><br><br>ORDER |

On February 13, 2015, defendant filed a motion for summary judgment. Plaintiff's opposition was due on or before March 6, 2015. <u>See</u> Local Rule 230(l). Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in the dismissal of this action without prejudice for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 13, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE