UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON, | No. 2:11-cv-02555 MCE AC (P) |
| Plaintiff, | |
| v. | ORDER |
| GEORGE GIURBINO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 10, 2015, the magistrate judge filed Findings and Recommendations herein (ECF No. 85), which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. Neither party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 10, 2015 (ECF No. 85) are ADOPTED IN FULL;

1

  2. Defendant's Motion for Summary Judgment (ECF No. 72) is GRANTED in part and DENIED in part.  Specifically, the Motion is:

   a. GRANTED as to Plaintiff's claim under the Establishment Clause of the First Amendment.  That claim is hereby DISMISSED.

   b. GRANTED as to Plaintiff's claim for money damages under the Free Exercise Clause of the First Amendment and the Equal Protection Clause of the Fourteenth Amendment.

   c. DENIED as to Plaintiff's claims for declaratory and prospective injunctive relief under the Free Exercise Clause of the First Amendment, Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act.  This action is proceeding only on those claims against Defendant George Giurbino.

 IT IS SO ORDERED.

Dated: September 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT