UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants. | No.  2:11-cv-2555 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 14, 2016, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice that any objections to the Findings and Recommendations were to be filed within fourteen days. ECF No. 91. No party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

1

1. The Findings and Recommendations filed January 14, 2016 (ECF No. 91) are ADOPTED IN FULL.

2. Plaintiff's Motion for Preliminary Injunctive Relief (ECF No. 90) is DENIED.

IT IS SO ORDERED.

Dated: February 17, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT