UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON, | No. 2:11-cv-2555 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

On December 30, 2016, the undersigned filed findings and recommendations herein that recommended this action be dismissed without prejudice due to plaintiff's failure to respond to defendant's motion for summary judgment. <u>See</u> ECF No. 101. Plaintiff has now filed objections to the findings and recommendations in which he demonstrates good cause for his delay; requests additional time to file and serve his opposition; and requests that the court convene a settlement conference. <u>See</u> ECF No. 102.

For good cause shown, IT IS HEREBY ORDERED that:

1. The undersigned's findings and recommendations filed December 30, 2016, ECF No. 101, are vacated;

2. On or before February 10, 2017, plaintiff shall file and serve his opposition to defendant's pending motion for summary judgment; and

////

1

3. Within seven (7) days after plaintiff's opposition has been filed in CM/ECF (see Local Rule 230(l)), defendant: (a) *may* file and serve a reply, and (b) *shall* file and serve a statement indicating whether he is amenable to convening a settlement conference to resolve plaintiff's remaining requests for injunctive relief.

SO ORDERED.

DATED: January 23, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE