UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JAMAL ROBINSON, | No. 2:11-cv-2555 MCE AC P |
| Plaintiff, | ORDER |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

On August 9, 2017, the undersigned issued findings and recommendations addressing the merits of this action. See ECF No. 110. The parties were accorded fourteen days after service of the findings and recommendations to file objections.

Meanwhile, on August 7, 2017, plaintiff prepared and submitted a "Motion to Modify the Discovery and Scheduling Order" premised on the submission of "recently obtained material evidence." See ECF No. 111. Plaintiff's motion and evidence will be construed as objections to the findings and recommendations, and considered in tandem with any other objections filed by plaintiff. Consequently, the motion as framed will be denied.

////
////
////
////

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's "Motion to Modify the
2 | Discovery and Scheduling Order," ECF No. 111, is denied without prejudice to its consideration in
3 | objection to the pending findings and recommendations.

DATED: August 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE